**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAAHDI COLEMAN, | No. 18-17146 |
| Plaintiff-Appellant, | D.C. No. 1:15-cv-00109-AWI-EPG |
| v. | |
| P. FIGUEROA, Legal Librarian at CSATF, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted September 18, 2019**

Before:    FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

California state prisoner Saahdi Coleman appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging an access-to-

courts claim.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

*Brodheim v. Cry*, 584 F.3d 1262, 1267 (9th Cir. 2009).  We affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly granted summary judgment because Coleman failed to raise a genuine dispute of material fact as to whether defendant Figueroa caused Coleman's injury. *See Harper v. City of Los Angeles*, 533 F.3d 1010, 1026 (9th Cir. 2008) (in order to sustain a § 1983 claim, the plaintiff must establish that the defendant's conduct was the cause-in-fact and proximate cause of the claimed injury).

We do not consider issues or arguments not specifically and distinctly raised in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**